```
1  Brette L. Evans (sbn177042)
   Evans Law Offices
2  1150 N. First Street, Suite 110
   San Jose, California 95112
3  TEL: (408) 298-8910
   FAX: (408) 298-8911
4  Attorneys for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

|  |  |
|---|---|
| Cheryl L. Blank<br><br>                              Debtor(s). | CASE NO: 19-50316 SLJ<br><br>MOTION FOR ORDER ALLOWING DEBTOR TO SELL RESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. §363(b)<br><br>(5511 Eagles Lane, Apt. 1, San Jose, CA 95123)<br><br>Date:<br>Time:<br>Place:  Telephonic Hearing<br>          280 S. First St., San Jose CA.<br>Crtrm: 9<br><br>HON. STEPHEN L. JOHNSON |

**MOVANT, CHERYL L. BLANK (also referred to as "Debtor"):** Debtor hereby moves this court for an order approving the sale of Debtor's real property pursuant to Bankruptcy Code Section 363(b).

   1. On February 15, 2019, Debtor caused to be filed a Voluntary Petition under Chapter 13. Among the assets in Debtor's bankruptcy estate at the time of the filing of the Voluntary Petition was a residence located at 5511 Eagles Lane, Apt. 1, San Jose, CA 95123 (hereinafter referred to as the "Property"). The Property is residential real property, and it is Debtor's primary residence. Debtor has claimed a homestead of $75,000.00. (Amended Schedule C, Docket No. 67).

   2. Debtor jointly owns the Property with her non-filing spouse, Robert Blank.

3. Debtor received an offer for the purchase of the Property from Soumitra Rayarikar and Komal Gadgil (herein "the buyers"). Accompanying this offer is a good faith down payment of $13,500.00. The buyers are not related to Debtor and this is an arm's length transaction.

4. The buyers have offered to pay the total sum of $450,000.00 (herein the "sale proceeds"), and Debtor has agreed to this offer.

5. <u>Escrow Information</u>

| Company Name & Address | Old Republic Title Company<br>438 N. Santa Cruz Ave.<br>Los Gatos, CA 95030 |
|---|---|
| Phone No. | (408) 354-9128 |
| Escrow No. | 0618020416-JM |
| Escrow Officer | Jennifer Morgan |

6. <u>Real Estate Agents/ Brokers</u>:

| Party | Real Estate Agent and/or Broker | Address |
|---|---|---|
| Debtor/ Seller | Compass<br>Hannah Altschuler<br>BRE# 02079815 | 5330 Camden Avenue<br>San Jose, CA 95124<br>(408)466-9328 |
| Buyer | Archers Homes<br>Michael Cheng<br>BRE# 01886927 | 2570 North First Street<br>San Jose, CA 95131<br>(408)549-9939 |

7. The total real estate commission associated with this transaction is 5.0 percent. Of this Debtor's real estate agent will receive 2.5 percent and the buyer's agent will receive 2.5 percent. The full amount of this commission is $22,500.00 (combined for both agents).

8. <u>Details of Transaction</u>:

   a. Sales Price: $450,000.00

   b. Liens on the Property:

| Creditor Position | Lienholder | Amount Owed on Lien | Amount to be Paid on Lien |
|---|---|---|---|
| 1st Mortgage | US Bank | $221,044.58 | $221,044.58 |

2

| | | | |
|---|---|---|---|
| 2nd Mortgage/ Equity Line | Bank of America / Dyck-O'Neal | $47,295.59 | $47,295.59 |
| HOA | Blossom Hill Estates Homeowners Association | $32,289.18 | $32,289.18 |

    c. Escrow Fees & Closing Costs: $5,557.56

    d. Reimbursement to Real Estate Agents (costs to prepare property for market): $2,126.94

    e. Bankruptcy Attorneys' fees (estimated): $5,000

    f. Chapter 13 Trustee's fees (estimated): $15,204.80

    g. Amount of Proceeds to Debtor and non filing spouse: $99,012.35

9. The proceeds of the sale shall be paid to Debtor and Debtor's non filing spouse. Debtor is in the process of amending her Chapter 13 plan to remove the mortgage arrears, and Debtor will make plan payments under her amended Chapter 13 plan.

10. The fees that Debtor owes to her bankruptcy attorney for the work done to complete Debtor's bankruptcy case, and for the work related to this transaction will be requested as part of the sale and the fees are estimated to be $5,000.00. The Chapter 13 Trustee will hold the estimated amount of attorneys' fees for 30 days from the date of the close of escrow to allow Debtor's counsel to file a fee application and obtain a court order for allowance and payment of fees.

11. As a condition of this transaction Old Republic Title Company shall comply with and satisfy the escrow demand of Devin Derham-Burk, Chapter 13 Trustee. If the Chapter 13 Trustee does not intend to submit a demand, she will notify the escrow agent in writing. Per her demand, the Trustee shall be disbursing agent on Proofs of Claim relating to this case, filed with the clerk's office of the bankruptcy court.

12. Debtor hereby moves this Court for an Order authorizing permission to sell the real property and distribute the proceeds as set forth herein.

**WHEREFORE**, Debtor by and through her attorney of record, prays for an Order of this Court as follows:

1. For an Order authorizing the sale of real property commonly known as 5511 Eagles Lane, Unit 1, San Jose, California 95123, pursuant to Bankruptcy Code Section 363(b), to buyers Soumitra Rayarikar and Komal Gadgil for the sum of $450,000.00 and upon the conditions and terms set forth herein.

2. The trustee demand shall include an estimated sum of $5,000 in attorneys' fees to be paid to Debtor's bankruptcy attorney. The Chapter 13 Trustee will hold the estimated amount of attorneys' fees for 30 days from the date of the close of escrow to allow Debtor's counsel to file a fee application and obtain a court order for allowance and payment of fees.

3. That the 14 day stay pursuant to Bankruptcy Rule 6004, *Stay of Order, Authorizing Use, Sale or Lease of Property*, be waived.

2. For such further order from Court as may be just and appropriate.

Dated: August 11, 2020                    Respectfully Submitted,

                                          */s/ Brette L. Evans*
                                          Brette L. Evans
                                          Attorney for Debtor(s)