DEVIN DERHAM-BURK, ESQ. #104353
CHAPTER 13 STANDING TRUSTEE
DEVIN L. PACE, ESQ. #256514
NANETTE DUMAS, ESQ. #148261
JANE Z. BOHRER, ESQ. #243692
P.O. BOX 50013
SAN JOSE, CA 95150-0013
TELEPHONE: (408) 354-4413
FACSIMILE: (408) 354-5513

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| IN RE: | CHAPTER 13 CASE NO. 19-50316 SLJ |
|---|---|
| CHERYL L BLANK, | **OPPOSITION OF CHAPTER 13 TRUSTEE TO MOTION TO SELL REAL PROPERTY** (with attached Certificate of Service) |
| Debtors. | Judge: Hon. Stephen L Johnson<br><br>Date: Ausust 20, 2020<br>Time: 10:00 a.m.<br>Location: Telephohnic or Video Only |

Devin Derham-Burk, Standing Chapter 13 Trustee for the San Jose Division of the Northern District of California (the "Trustee"), submits this opposition to the Motion to Sell Real Property (the "Sale Motion") filed by the above-captioned debtor (the "Debtor") on August 12, 2020 [Docket #120].

//

//

1. In the Sale Motion, the Debtor has requested a court order for the sale of real property located at 5511 Eagles Lane, Apt. 1, San Jose, California (the "Property").

2. Debtor's Sale Motion states that "Debtor is in the process of amending her Chapter 13 plan to remove the mortgage arrears." The Trustee is entitled to be the disbursing agent on all pre-petition obligations with the exception of maintenance payments that are to be made on long-term mortgage or deed of trust debt. *In re Lopez*, 372 B.R. 40 (9th Cir. BAP 2007), *Aff'd*, 550 F3d 1202 (9th Cir. 2008) (Adopting BAP Decision). Amending/modifying the plan to remove the arrears prior to the competition of the sale, and subsequent disbursement of proceeds, will prevent the Trustee's ability to disburse on the arrears through the Debtor's plan. Debtor must either remove the language from the Sale Motion or amend the language to clarify that the new plan will be filed after the close of escrow and the Trustee's disbursement of sale proceeds.

Based on the foregoing, the Trustee requests that the Sale Motion be denied unless and until the Trustee's concerns are resolved.

Dated: August 14, 2020                    Respectfully submitted,

/s/ Devin L. Pace
Attorney for the Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL
**[B.R. 7005, F.R.C.P. 5, B.L.R. 9013-3(c)]**

I am not less than 18 years of age and not a party to the within case. My business address is 983 University Avenue, Los Gatos, California. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in the internal mail collection system at the Office of Devin Derham-Burk, Chapter 13 Standing Trustee is deposited with the United States Postal Service that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. On August 14, 2020 a true and accurate photocopy of the following described document,

**OPPOSITION OF CHAPTER 13 TRUSTEE TO MOTION TO SELL REAL PROPERTY**

was placed for service, in the Trustee's internal mail collection system, in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

| | |
|---|---|
| CHERYL L BLANK<br>5511 EAGLES LN #1<br>SAN JOSE, CA  95123<br><br>DEBTOR | LAW OFFICE OF BRETTE L EVANS<br>1150 N 1ST ST #110<br>SAN JOSE, CA  95112<br><br>COUNSEL FOR DEBTOR |

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct, and that this declaration was executed on August 14, 2020 at Los Gatos, California.

/s/ Devin L. Pace