Debtor 1: Cheryl L. Blank

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of California (State)

Case number: 5:19-bk-50316

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust, N.A.

**Court claim no.** (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 0491

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | POC prep   04/25/2019 | (5) | $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: 410A prep | 04/25/19 | (11) | $ 250.00 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Cheryl L. Blank | Case number (if known) 5:19-bk-50316 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Michelle R. Ghidotti-Gonsalves, Esq.
Signature

Date 06/05/2019

Print: Michelle R. Ghidotti-Gonsalves
First Name   Middle Name   Last Name

Title Authorized Agent for Secured Creditor

Company Ghidotti Berger LLP

Address 1920 Old Tustin Avenue
Number   Street
Santa Ana, CA  92705
City   State   ZIP Code

Contact phone ( 949 ) 427 – 2010

Email mghidotti@ghidottiberger.com

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Kristin A. Zilberstein (SBN 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
Adam Thursby, Esq. (SBN 318465)
L. Bryant Jaquez, Esq. (SBN 252125)

**GHIDOTTI | BERGER. LLP**
1920 Old Tustin Avenue
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottiberger.com
kzilberstein@ghidottiberger.com
jbergh@ghidottiberger.com
athursby@ghidottiberger.com
bjaquez@ghidottiberger.com

Authorized Agent for Secured Creditor
U.S. Bank Trust, N.A., as Trustee of Bungalow Series F Trust c/o BSI Financial Services

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>**CHERYL L. BLANK,**<br><br>    Debtor(s). | CASE NO.: 5:19-bk-50316<br>CHAPTER 13<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Miami-Dade, State of Florida. I am over the age of eighteen and not a party to the within action. My business address is: 3050 Biscayne Blvd., Suite 402, Miami, FL 33137.

1

CERTIFICATE OF SERVICE
Case: 19-50316   Doc#     Filed: 06/05/19   Entered: 06/05/19 18:21:59   Page 3 of 4

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On June 5, 2019 I served the following documents described as:

- **NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| *Debtor* <br> **Cheryl L. Blank** <br> 5511 Eagles Lane Apt. 1 <br> San Jose, CA 95123 | *Debtor's Counsel* <br> **Brette L. Evans, Esq.** <br> Evans Law Offices <br> 1150 N First St. #110 <br> San Jose, CA 95112 |
| *Trustee* <br> **Devin Derham-Burk** <br> P.O. Box 50013 <br> San Jose, CA 95150-0013 | **U.S. Trustee** <br> **Office of the U.S. Trustee / SJ** <br> U.S. Federal Bldg. <br> 280 S 1st Street, #268 <br> San Jose, CA 95113-3004 |

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 5, 2019 at Miami, Florida.

/*s / Ricardo Becker*
Ricardo Becker